**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HONORABLE MARY S. SCRIVEN**

| CASE NO. 8:20-cv-1003-T-35CPT | DATE: May 12, 2020 |
|---|---|
| TITLE: **3M Company v. TAC2 Global LLC** | |
| TIME: 10:04 AM – 11:47 AM | TOTAL: 1 hour, 43 minutes |
| Courtroom Deputy: Kristin Carreon | Court Reporter: Bill Jones |
| Counsel for Plaintiff(s): Michael Weaver; Jason Wasserkrug | |
| Counsel for Defendant(s): Amy Stoll | |

### CLERK'S MINUTES: PROCEEDINGS OF MOTION HEARING

Court in session and counsel identified for the record. This hearing took place via Zoom video conference, with all parties appearing as such.

The Court hears argument by counsel regarding Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. 8).

Derek McAfee, TAC2 Global LLC's client representative, is sworn and testified.

Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. 8) is granted in part and denied in part, for the reasons stated on the record.

The Court will schedule a hearing for Monday, June 3, 2020, to discuss the preliminary injunction. The hearing will be set by separate notice.

An order will follow.

Court adjourned.