IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

3M COMPANY,

    Plaintiff,

v.

TAC2 GLOBAL LLC,

    Defendant.

CASE NO. 8:20-cv-1003-T-35CPT

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

☐   IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____
_____
_____

X    IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: May 18, 2020

**MCDERMOTT WILL & EMERY LLP**

By:   */s/ Joseph M. Wasserkrug*
      Joseph M. Wasserkrug (FBN 112274)
      *jwasserkrug@mwe.com*
      333 SE 2nd Avenue, Suite 4500
      Miami, FL 33131-4336
      T: 305.347.6501 | F: 305.675.8403

1

Michael W. Weaver  
Illinois Bar No.: 6291021  
*(Admitted pro hac vice)*  
mweaver@mwe.com  
444 W. Lake Street, Suite 4000  
Chicago, IL 60606-0029  
T: 312.984.5820 | F: 312.277.2972

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on **May 18, 2020**, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties authorized to receive electronic filings in this case.

*/s/ Joseph M. Wasserkrug*
Joseph M. Wasserkrug (FBN 112274)

DM_US 168621738-3.099922.0012