UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

3M COMPANY,

    Plaintiff,

v.                                                  Case No: 8:20-cv-1003-T-35CPT

TAC2 GLOBAL, LLC,

    Defendant.
_____

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

\_\_\_\_\_    IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

__X__    IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: May 18, 2020

                                                      /s/ Amy E. Stoll
                                                      Amy E. Stoll, Esquire
                                                      Florida Bar No. 150959
                                                      Richard C. Alvarez, Esquire
                                                      Florida Bar No. 031615
                                                      Older Lundy & Alvarez
                                                      1000 West Cass Street
                                                      Tampa, Florida 33606
                                                      Phone: (813) 254-8998
                                                      Fax: (813) 839-4411
                                                      astoll@olalaw.com
                                                      jblanchette@olalaw.com

## CERTIFICATE OF SERVICE

      DEFENDANT'S COUNSEL HEREBY CERTIFIES that on May 18, 2020, a true and correct copy of this Notice was electronically filed with the Clerk of Court using the CM/ECF system so that notice will be sent to all counsel of record.

                                                  /s/ Amy E. Stoll
                                                  Amy E. Stoll, Esquire
                                                  Florida Bar No. 150959