UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**3M COMPANY,**

    **Plaintiff,**

v.                          Case No: 8:20-cv-1003-T-35CPT

**TAC2 GLOBAL LLC,**

    **Defendant.**

## ORDER

**THIS CAUSE** comes before the Court for consideration of the Parties' Stipulation for Entry of Order on Confidentiality and Related Confidentiality Agreement. (Dkt. 31)

"A district court must articulate its reasons for granting a protective order sufficient for appellate review." In re Alexander Grant & Co. Litig., 820 F.2d 352, 355 (11th Cir. 1987); see also FED. R. CIV. P. 26(C), 29. Accordingly, this Court finds good cause to enter a protective Order pursuant to the Parties' stipulation based on the nature of this case, the COVID-19 pandemic, and the involvement of proprietary interests as well as other sensitive business information.

However, nothing in the Parties' stipulation shall preclude any party from filing any confidential discovery material with the Clerk of the Court or at trial, as such restrictions are within the province of the District Court. See Seattle Times Co. v. Rhinehart, 467 U.S. 20, 36 (1984) ("The trial court is in the best position to weigh fairly the competing needs and interests of parties affected by discovery."). Furthermore, nothing in the confidentiality stipulation shall shift the burden of proof as to the confidentiality of the documents or the opposing party's entitlement to them.

Additionally, the Parties are advised that "[t]he designation of a document as confidential [pursuant to the stipulated agreement] may be viewed as equivalent to a motion for protective order and subject to the sanctions of Fed. R. Civ. P. 26(g)." See Cipollone v. Ligget Group, Inc., 785 F.2d 1108, 1122 n.17 (3d Cir. 1986) (citing Manual for Complex Litigation Second, (MCL 2d) § 21.431 (1985)).

Accordingly, subject to the foregoing, the Court **APPROVES** the Parties' Stipulation for Entry of Order on Confidentiality and Related Confidentiality Agreement, (Dkt. 31), and **ORDERS** that the Parties **SHALL** abide by the terms set forth therein.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of May, 2020.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party