IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| 3M COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>TAC2 GLOBAL LLC,<br><br>    Defendant. | CASE NO. 8:20-cv-1003-T-35CPT |

## JOINT NOTICE OF SETTLEMENT

Pursuant to Middle District of Florida Local Rule 3.08(a), Plaintiff 3M Company and Defendant Tac2 Global, LLC (collectively, the "Parties"), hereby notify this Court that the Parties have reached a settlement to resolve the above-captioned litigation.

The Parties respectfully request that the case be closed administratively subject to the Parties' rights under Middle District of Florida Local Rule 3.08(b) to file a motion within sixty (60) days for the purpose of entering a stipulated form of final judgment; or on good cause shown, to reopen the case for further proceedings.

Dated: June 18, 2020

| **MCDERMOTT WILL & EMERY LLP** | **OLDER LUNDY & ALVAREZ** |
|---|---|
| */s/ Joseph M. Wasserkrug* | */s/ Amy E. Stoll* |
| Joseph M. Wasserkrug (FBN 112274) | Amy E. Stoll (FBN 150959) |
| jwasserkrug@mwe.com | Richard C. Alvarez (FBN 031615) |
| 333 SE 2nd Avenue, Suite 4500 | 1000 West Cass Street |
| Miami, FL 33131-4336 | Tampa, FL 33606 |
| T: 305.347.6501 \| F: 305.675.8403 | Phone (813) 254-8998 |
| Michael W. Weaver (IBN 6291021) | Fax (813) 839-4411 |
| (admitted *pro hac vice*) | astoll@olalaw.com |
| mweaver@mwe.com | jblanchette@olalaw.com |
| 444 W. Lake Street, Suite 4000 | |
| Chicago, IL 60606-0029 | |
| T: 312.984.5820 \| F: 312.277.2972 | *Counsel for Defendant Tac2 Global, LLC* |
| *Counsel for Plaintiff 3M Company* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on June 18, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties authorized to receive electronic filings in this case.

*/s/ Joseph M. Wasserkrug*
Joseph M. Wasserkrug