IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

3M COMPANY,

    Plaintiff,

v.

TAC2 GLOBAL LLC,

    Defendant.

CASE NO. 8:20-cv-1003-T-35CPT

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff 3M Company ("3M") and Defendant Tac2 Global LLC, ("Tac2" and collectively, the "Parties"), by and through their undersigned attorneys, submit this joint stipulation for the dismissal of this case with prejudice.

The Parties submit that pursuant to this Stipulation the Temporary Restraining Order (Doc. 25) is dissolved and no longer in effect. Further, the Parties submit that the Bond filed with this Court (Doc. 30) is discharged and should be returned to Plaintiff.

Each party shall bear their own costs and attorneys' fees in connection with this case.

Dated: June 18, 2020.

| **MCDERMOTT WILL & EMERY LLP** | **OLDER LUNDY & ALVAREZ** |
|---|---|
| */s/ Joseph M. Wasserkrug* | */s/ Amy E. Stoll* |
| Joseph M. Wasserkrug (FBN 112274) | Amy E. Stoll (FBN 150959) |
| jwasserkrug@mwe.com | Richard C. Alvarez (FBN 031615) |
| 333 SE 2nd Avenue, Suite 4500 | 1000 West Cass Street |
| Miami, FL 33131-4336 | Tampa, FL 33606 |
| T: 305.347.6501 \| F: 305.675.8403 | T: (813) 254-8998 \| F: (813) 839-4411 |
| | astoll@olalaw.com |
| | jblanchette@olalaw.com |
| | *Counsel for Defendant Tac2 Global, LLC* |

| | |
|---|---|
| Michael W. Weaver (IBN 6291021)<br>(admitted *pro hac vice*)<br>mweaver@mwe.com<br>444 W. Lake Street, Suite 4000<br>Chicago, IL 60606-0029<br>T: 312.984.5820 \| F: 312.277.2972<br><br>*Counsel for Plaintiff 3M Company* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on June 18, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties authorized to receive electronic filings in this case.

                                                 */s/ Joseph M. Wasserkrug*
                                                 Joseph M. Wasserkrug