UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

3M COMPANY,

    Plaintiff,

v.                                          Case No: 8:20-cv-1003-T-35CPT

TAC2 GLOBAL LLC,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Parties' Stipulation of Dismissal with Prejudice, (Dkt. 46), and pursuant to Fed. R. Civ. P. 41, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**. Accordingly, the preliminary injunction motion hearing scheduled for June 19, 2020 at 10:00 AM, (Dkt. 41), is **CANCELLED**.

Pursuant to this Stipulation, the Temporary Restraining Order, (Dkt. 25), is dissolved and no longer in effect. Further, the Parties submit that the Bond filed with this Court, (Dkt. 30), is discharged and should be returned to Plaintiff. Each party shall bear its own costs and attorneys' fees in connection with this case. Any pending motions are **DENIED** as moot.

The Clerk is directed to return the bond to the Plaintiff and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 19th day of June, 2020.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party